# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2025

SEAN F. McAVOY, CLERK

U.S.A. vs.      Bowannie, Darren      Docket No.      0980 2:24CR00110-MKD-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Darren Bowannie, who was placed under pretrial release supervision by the Honorable Alexander C. Ekstrom, sitting in the Court at Spokane, Washington, on the 5th day of November 2025, under the following conditions:

Defendant shall participate in the Remote Alcohol Detection Program using continuous electronic alcohol testing and shall abide by all technology requirements. Defendant is to refrain from any use of alcoholic beverages. Defendant shall follow all program rules and pay all or part of the costs of participation in the alcohol monitoring program, including equipment loss or damage, as directed by the Court or United States Probation/Pretrial Services, based on Defendant's ability to pay.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 7, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Bowannie, in which he acknowledged an understanding at that time.

**Violation #1:** Darren Bowannie is alleged to have violated the conditions of pretrial release supervision by consuming alcohol on or about August 2, 2025.

Since his release from supervision, Mr. Bowannie has been subjected to remote alcohol detection. On August 3, 2025, at approximately 2:01 a.m., Mr. Bowannie provided a breath sample that had a blood alcohol content (BAC) of .023 percent.

On August 4, 2025, the undersigned officer confronted Mr. Bowannie about the above-noted positive alcohol test. Mr. Bowannie admitted that he consumed one large can of beer on August 2, 2025, at approximately 8 pm. Subsequently, Mr. Bowannie signed a substance abuse admission form acknowledging his consumption of alcohol.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    August 15, 2025 |
|  | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Bowannie, Darren**
**August 15, 2025**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

8/15/2025

Date